No. 582, Misc.  MASHBURN v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 633, Misc.  BOWERS v. PENNSYLVANIA.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 636, Misc.  RIDDLE v. McLEOD, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 638, Misc.  CARROLL v. MURPHY, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 650, Misc.  BALL v. WASHINGTON ET AL.  Supreme Court of Washington.  Certiorari denied.

No. 653, Misc.  SHELL v. MISSOURI.  Supreme Court of Missouri.  Certiorari denied.

No. 668, Misc.  LEMPIA v. HEINZE, WARDEN, ET AL.  Supreme Court of California.  Certiorari denied.

No. 672, Misc.  COMMACK v. MICHIGAN.  Supreme Court of Michigan and Circuit Court of Jackson County, Michigan.  Certiorari denied.

No. 673, Misc.  WEAVER ET AL. v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 689, Misc.  DE ANGELO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 691, Misc.  HALLEY v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.